IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PRESSURE SPECIALIST, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | Civil No.: 1:17-cv-06582 |
| ) | |
| **v.** ) | Honorable Amy J. St. Eve |
| ) | |
| **NEXT GEN MANUFACTURING INC.,** ) | Magistrate Judge Michael T. Mason |
| ) | |
| **Defendants.** ) | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Pressure Specialist, Inc. ("PSI") and Defendant Next Gen Manufacturing Inc. ("Next Gen") have agreed to a settlement, and it is hereby ORDERED as follows:

1. The Court has jurisdiction over the subject matter of this Action and over PSI and Next Gen.

2. All claims and counterclaims made in this Civil Action by PSI against Next Gen and by Next Gen against PSI are hereby dismissed with prejudice pursuant to Settlement Agreement by the parties.

3. PSI and Next Gen shall each bear their own costs and attorneys' fees.

SO ORDERED:

Dated: May 11, 2018

The Honorable Amy J. St. Eve
United States District Court